IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Benton Williams, Jr., | : |
| Plaintiff(s), | : |
| | : Case Number: 1:19cv622 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Equifax, Inc., | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 5, 2019 a Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 6).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that this case is DISMISSED *sua sponte* based upon a lack of subject matter jurisdiction. In the alternative the complaint is DISMISSED for failure to state a claim under *Iqbal* standards.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court